765 So.2d 338 (2000)
Anica A. DOYLE, Leodell Jackson and Mellody A. Jackson
v.
MITSUBISHI MOTOR SALES OF AMERICA, INC., Mitsubishi Motors Corporation, Clifton C. Richard, and Allstate Insurance Company.
Albert O. Fisher and Marion P. Fisher
v.
Mitsubishi Motor Sales of America, Inc., Mitsubishi Motors Corporation, Clifton C. Richard, and Allstate Insurance Company.
No. 2000-C-1265.
Supreme Court of Louisiana.
June 16, 2000.
Denied.
CALOGERO, C.J., not on panel.